IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:14-cv-00024-KD-B |
| | ) |
| CHUCK MILLINER, | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Marcus Johnson, and Defendant, Chuck Milliner, respectfully notify the Court of the following:

1. On January 7, 2015, the Parties agreed to a settlement, and are in the process of working out the details of the Release.

2. The Parties anticipate they will need no more than thirty (30) days to finalize the settlement.

3. In light of the Parties' settlement of this matter, the Parties request the Court to advise the Alabama Department of Corrections that any witness in their custody who has been called as a witness will not be needed for trial.

Date: January 7, 2015

                                              */s/ Henry Brewster*
                                              Henry Brewster (BREWH7737)
                                              HENRY BREWSTER, LLC
                                              205 N. Conception Street
                                              Mobile, AL 36633-1051
                                              Telephone:  (251) 338-0630
                                              Facsimile: (251) 338-0632
                                              Email: hbrewster@brewsterlaw.net

1

*/s/Peter S. Mackey*
Peter S. Mackey, Esq.
BURNS, CUNNINGHAM & MACKEY PC
Post Office Box 1583
Mobile, Alabama 36633-1583
Telephone: (251) 432-0612
Facsimile: (251) 432-0625
Email: psmackey@bcmlawyers.com

ATTORNEYS FOR PLAINTIFF

*Signed by Permission:*

*/s/K. Paul Carbo, Jr.*
K. Paul Carbo, Jr. (CARBK8014)
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama 36693
Telephone: (251) 665-7200
Facsimile: (251) 665-7250
Email:paul.carbo@atchisonlaw.com

ATTORNEY FOR DEFENDANT